**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**DUANNE HAMILTON,**

     **Plaintiff,**                    **Case No.:**

**v.**

**TAMPA POLICE DEPARTMENT,**
**HILLSBOROUGH COUNTY SHERIFF'S OFFICE,**

     **Defendants.**

_____/

**DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION**
**FROM STATE COURT TO FEDERAL COURT**

Defendant, Hillsborough County Sheriff's Office, by and through the undersigned counsel, and under the authority of 28 U.S.C. § 1441, 28 U.S.C. § 1446, and Local Rule 1.06, hereby file this *Notice of Removal* in the United States District Court Middle District of Florida, Tampa Division, from the Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, where the action is now pending. Defendant states as follows:

1. Plaintiff's action against Defendant commenced on or about May 16, 2025, in the Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, where the action is now pending, and was assigned Case No. 25-CA-004569; Division E.

2. On October 16, 2025, Plaintiff filed an amended complaint asserting claims pursuant to 42 U.S.C. § 1983 against Defendant.

3. In compliance with Local Rule 1.06(b), attached hereto is the Clerk of Court's Case Information list and copies of the following documents docketed in the state court matter which is the subject of removal by Defendant:

   o Doc. 1 - No Document (designated as File Home Location-Electronic)

   o Doc. 2 - No Document (designated as General Differentiated Case Management Applies)

   o Doc. 3 – Civil Cover Sheet

   o Doc. 4 – Complaint

   o Doc. 5 – 20 Day Summons Issued Hillsborough County State Attorney's Office

   o Doc. 6 – 20 Day Summons Issued Hillsborough County Sheriff's Office

   o Doc. 7 – General Differentiated Case Management Order

   o Doc. 8 – Summons Returned Served Hillsborough County State Atty Office

   o Doc. 9 – Summons Returned Served Hillsborough County Sheriff's Office

   o Doc. 10 – Motion to Dismiss Plaintiff's Complaint

   o Doc. 11 – Notice of Appearance

   o Doc. 12 – Notice of Intent

- o Doc. 13 – Motion to Dismiss Plaintiff's Complaint

- o Doc. 14 – Notice of Hearing on Motions to Dismiss

- o Doc. 15 – Order Granting Defendants' Motions to Dismiss

- o Doc. 16 – Amended Complaint

- o Doc. 17 – Request for Issuance of Summons as to Tampa Police Department

- o Doc. 18 – Request for Issuance of Summons as to Hillsborough County Sheriff's Office

- o Doc. 19 – 20 Days Summons Issued as to Tampa Police Department

- o Doc. 20 – 20 Days Summons Issued as to Hillsborough County Sheriff's Office

4. Pursuant to 28 U.S.C. § 1446(d), Defendant will give written notice of the filing of this *Notice of Removal* to Plaintiff and will file a copy of this *Notice of Removal* with the Hillsborough County Clerk of Court.

**WHEREFORE**, Defendant, Hillsborough County Sheriff's Office, respectfully request that this action proceed in the United States District Court, Middle District of Florida, Tampa Division, as an action properly removed to it from the Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida.

Respectfully submitted on this 16th day of October, 2025.

*Michelle S. Maxwell - Lead Counsel*
MICHELLE S. MAXWELL, ESQ.
Florida Bar No. 28110

Attorney for Hillsborough County Sheriff's Office
2008 East 8th Avenue
Post Office Box 3371
Tampa, Florida 33601
(813) 247-8178; Fax: (813) 242-1817
mmaxwell@teamhcso.com
mshutter@teamhcso.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 16, 2025, I electronically filed *Defendant's Notice of Removal of Civil Action from State Court to Federal Court* with the Clerk of Court using the CM/ECF system, and a copy has been provided by U.S. Mail to Duanne Hamilton, *pro se* Plaintiff, 8413 N. Seminole Ave., Tampa, Florida 33604

*Michelle S. Maxwell - Lead Counsel*
MICHELLE S. MAXWELL, ESQ.